Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
Thomas Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: 310.201.4728
Facsimile:  310.201.4721

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone: 650.856.2400
Facsimile:  650 856 9299

Attorneys for Plaintiff
VOTORANTIM S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTORANTIM S.A., <br><br> Plaintiff, <br><br> vs. <br><br> RODRIGO MAFRA, an individual; JOÃO D. SANTOS, an individual; CLAUDIA LOPES, an individual; VOTORANTIM GROUP LLC, a limited liability company; and DOES 1-10, <br><br> Defendants. | Case No.  8:21-cv-00948-DOC-KES <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge: Hon. David O. Carter <br> Dept:  Courtroom 9 D |

Case No. 8:21-cv-00948-DOC-KES
JOINT NOTICE OF SETTLEMENT

**IT IS HEREBY STIPULATED** by and between the parties hereto, counsel for Plaintiff VOTORANTIM S.A. ("Plaintiff") and counsel for Defendants Rodrigo Mafra and Votorantim Group LLC (collectively, "Defendants"), (collectively, the "Parties"), by and through their undersigned counsel, as follows:

1. On March 1, 2022, the Parties agreed to a settlement in principle, which is contingent upon the completion of a written settlement agreement that will resolve all issues in the above-captioned litigation.

2. All requirements for final settlement are expected to be completed within 30 days of this Notice, and within that time, the Parties expect to file a stipulation of dismissal with prejudice.

3. Therefore, the Parties respectfully request that this Court stay all proceedings in this action, including the Settlement Conference scheduled for Thursday, March 3, 2022, to allow the Parties to finalize their settlement agreement and file their Joint Stipulation of Dismissal with the Court no later than April 1, 2022.

**IT IS SO STIPULATED.**

Dated: March 1, 2022                    **BAKER & MCKENZIE LLP**

                                        By: */s/ Teresa H. Michaud*
                                            Teresa H. Michaud
                                            Attorneys for Plaintiff
                                            VOTORANTIM S.A

Dated: March 1, 2022                    **BENEDEK LAW**

                                        By: */s/ Patrick Benedek*
                                            Patrick Benedek
                                            Attorneys for Defendants
                                            RODRIGO MAFRA and
                                            VOTORANTIM GROUP LLC

Patrick Benedek (SBN 248155)
**Benedek Law**
3655 Torrance Blvd., Suite 300
Torrance, CA  90503
Tel: 310.977.7558
Fax: 310.961.5884

## FILER'S ATTESTATION OF CONCURRENCE

I, Teresa H. Michaud, pursuant to Local Rule 5-4.3.4 (2)(i), attest that I am counsel for Plaintiff Votorantim S.A.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: March 1, 2022                    /s/ *Teresa H. Michaud*
                                         Teresa H. Michaud